

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

## INDICTMENT FOR FALSE REPRESENTATION OF A SOCIAL SECURITY NUMBER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 16-130-JJB-EWD |
| *versus* | : | 42 U.S.C. § 408(a)(7)(B) |
| JORDAN HAMLETT | : | |

### THE GRAND JURY CHARGES:

On or about September 13, 2016, in the Middle District of Louisiana, **JORDAN HAMLETT**, defendant herein, for the purpose of creating a Federal Application for Federal Student Aid and a Federal Student Aid Identification (FSA ID), knowingly and with intent to deceive, did represent falsely social security number XXX-XX-5955 to be the social security number assigned to him by the Commissioner of Social Security, when, in fact, as defendant well knew, said social security number had not been assigned to him by the Commissioner of Social Security.

The above is a violation of Title 42, United States Code, Section 408(a)(7)(B).

UNITED STATES OF AMERICA, BY

_____
J. WALTER GREEN
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

_____
RYAN REZAEI
ASSISTANT UNITED STATES ATTORNEY

A TRUE BILL

**REDACTED
PER PRIVACY ACT**
_____
GRAND JURY FOREPERSON

11/10/16
_____
DATE

Rezaei
AUSA Group
USM - certified

# CRIMINAL COVER SHEET U.S. District Court

**Place of Offense:**           **Matter to be sealed:** ☐ No ☒ Yes

City __Baton Rouge__

**Related Case Information:**

County/Parish __East Baton Rouge__

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant _____
*Investigating Agency __TIGTA__      Magistrate Case Number _____
*Agent __SA Sam Johnson__      Search Warrant Case No. _____
R 20/ R 40 from District of _____
**Any Other Related Cases:** _____

**Defendant Information:**

Defendant Name: __Jordan Hamlett__
Alias:
Address:
Birthdate:   SS #:   Sex:   Race:   Nationality:

**U.S. Attorney Information:**

AUSA __Ryan Rezaei__   Bar # __CA 285133__

Interpreter: ☒ No ☐ Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date _____
_____ Already in Federal Custody as of _____
_____ Already in State Custody
_____ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: __1__

| Index Key/Code | Description of Offense Charged | Count(s) | Petty/Misdemeanor/Felony |
|---|---|---|---|
| 42:408(a)(7)(B) | False Representation of a Social Security Number | 1 | F |
| | | | |
| | | | |
| | | | |

Date: __11-10-16__   Signature of AUSA: _[signature]_

District Court Case Number (To be filled in by deputy clerk): _____