UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

INDICTMENT

*GRAND JURY RETURN*



Date: 11/10/16

UNITED STATES OF AMERICA

VERSUS

JORDAN HAMLETT

CRIMINAL NO. 16-130-JJB-EWD

PRESENT:   Ryan Rezaei, Assistant United States Attorney

INDICTMENT FILED.

ARREST WARRANT ISSUE.

SEALED PENDING ARREST.

\* \* \* \* \*