**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -vs- | Criminal Action No. 16-130-JJB-EWD |
| JORDAN HAMLETT | AUSA: Ryan Rezaei |

---

| | | | |
|---|---|---|---|
| **JUDGE:** | Erin Wilder-Doomes | **DATE:** | November 15, 2016 |
| **DEPUTY CLERK:** | Brandy Lemelle Route | **TAPE/REPORTER:** | |
| **INTERPRETER:** | | **PRETRIAL/PROBATION:** | Patrick Smith |

**CLERK'S MINUTES**
Hearing on Additional Conditions of Release

Michael Fiser made an appearance on behalf of the defendant.

The defendant was sworn, advised of his rights and the purpose of this hearing.

Patrick Smith, U.S. Probation Officer, addressed the court regarding the availability and limitations of computer monitoring.

The government moved to unseal the Indictment.

The court granted the government's oral motion to unseal the Indictment.

The government responded to the issues regarding computer monitoring.

The defendant advised that he did not object to the modification of condition 7(s) to include computer monitoring.

The court modified condition 7(s) of the Order Setting Conditions of Release and will issue an amended Order Setting Conditions of Release.

The defendant was released with special conditions, as amended.

* * * *

CR17T:00:30