United States District Court
Louisiana Middle District
Exhibits Log: 16CR00130-JJB-Suppression Hrg
US v. Jordan Hamlett, 3/9/2017

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Gov-1 | Embassy - Front | No |
| Gov-2 | Embassy - Lobby | No |
| Gov-3 | Embassy - Atrium landscape from steps | No |
| Gov-4 | Embassy - Atrium portrait from steps | No |
| Gov-5 | Embassy - Interview spot from steps | No |
| Gov-6 | Embassy - Interview spot looking back at steps | No |
| Gov-7 | Embassy - Atrium from breakfast area | No |
| Gov-8 | Hamlett Email - 107 p.m | No |
| Gov-9 | Hamlett Email - 416 p.m | No |
| Gov-10 | 2nd interview spot | No |