UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | NO: 16-CR-130-JJB-EWD |
| Versus | : | |
| | : | |
| | : | |
| JORDAN HAMLETT | : | |

**JOINT MOTION TO CONTINUE TRIAL DATE**

NOW INTO COURT, come undersigned counsel who jointly move for a continuance of defendant's June 19, 2017, trial date and show:

Defense counsel and the Assistant United States Attorney have engaged in the usual discovery process diligently in this case. However, due to the volume of discovery, much of which is of a digital nature, defense counsel has been unable to complete his review of all discovery prior to trial, despite steady and earnest efforts to do so. In order to prepare for trial and provide the effective assistance of counsel required of defense counsel at trial, a continuance of the June 19, 2017, date is necessary.

WHEREFORE, it is respectfully requested that the trial date in the above cause presently scheduled for June 19, 2017, be continued to a date to be determined.

RESPECTFULLY SUBMITTED:

| | |
|---|---|
| s/ Michael A. Fiser | s/ Ryan Rezaei |
| MICHAEL A. FISER | RYAN REZAEI |
| The Fiser Law Firm, LLC | Assistant United States Attorney |
| 1055 Laurel Street | 777 Florida Street, Suite 208 |
| Baton Rouge, LA 70802 | Baton Rouge, LA 70801 |
| Phone: (225)343-5059 | Telephone: (225) 389-0443 |
| Fax: (225)778-7383 | Fax: (225) 389-0561 |
| Email: michael@fiserlaw.com | E-mail: ryan.rezaei@usdoj.gov |
| Bar Roll No: 28575 | CABN 285133 |

**CERTIFICATE OF SERVICE**

      I hereby certify that, on June 16, 2017, a copy of the foregoing *Joint Motion to Continue Trial Date* was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                                    s/ Michael A. Fiser

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | NO: 16-CR-130-JJB-EWD |
| *Versus* | : | |
| | : | |
| | : | |
| JORDAN HAMLETT | : | |

## ORDER

CONSIDERING the above and foregoing *Joint Motion to Continue Trial Date* and the apparent due diligence exercised by the defendant and the time necessary for effective preparation by defense counsel, this court finds that under 18 U.S.C. 3161(h)(7)(B)(ii) and/or (iv), the ends of justice are served by this continuance and outweigh the best interest of the public and the defendant in a speedy trial. Therefore,

IT IS HEREBY ORDERED that the Motion is GRANTED and the trial will be reset by separate notice of the Court.

Baton Rouge, Louisiana, this _____ day of _____, 2017.

_____
JUDGE, UNITED STATES DISTRICT COURT