UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | NO: 16-CR-130-JJB-EWD |
| Versus | : | |
| | : | |
| | : | |
| JORDAN HAMLETT | : | |

## ORDER

CONSIDERING the above and foregoing *Joint Motion to Continue Trial Date* and the apparent due diligence exercised by the defendant and the time necessary for effective preparation by defense counsel, this court finds that under 18 U.S.C. 3161(h)(7)(B)(ii) and/or (iv), the ends of justice are served by this continuance and outweigh the best interest of the public and the defendant in a speedy trial. Therefore,

IT IS HEREBY ORDERED that the Motion is GRANTED.  A status conference is set for June 29, 2017, at 11:00 a.m. to select a new trial date.

Baton Rouge, Louisiana, this <u>16th</u> day of <u>June</u>, 2017.

_____
JUDGE, UNITED STATES DISTRICT COURT