UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | NO: 16-CR-130-JJB-EWD |
| *Versus* | : | |
| | : | |
| | : | |
| JORDAN HAMLETT | : | |

---

**UNOPPOSED MOTION TO DECLARE CASE COMPLEX**
**(with Incorporated Memorandum)**

---

COMES NOW Defendant, Jordan Hamlett, through counsel, and moves the Court to declare this case complex for purposes of the Speedy Trial Act, and in support shows:

1.       On November 10, 2016, a grand jury sitting in the Middle District of Louisiana returned a one count Indictment which charged Hamlett with violating 42 U.S.C. § 408(a)(7)(B) (False Representation of a Social Security Number).

2.       The United States has now completed its production of discovery, including disclosure of the digital and forensic discovery material that was discussed during the status conference on June 29, 2017.

3.       Counsel submits that the above-captioned case is complex due to the nature of the case and that it would be unreasonable to expect adequate preparation by the Government or the defense for the trial within the time limits established by Title 18, United States Code, Section 3161.  Although Hamlett's Indictment looks simple on its face (one defendant charged with one count), counsel submits that discovery tendered by the Government shows the simplicity is

*Page 1 of  4*

deceiving. Defense counsel and the Assistant United States Attorney have engaged in the usual discovery process diligently in this case. However, due to the volume of discovery, much of which is of a digital nature, defense counsel requires additional time to complete his review and investigation of all discovery prior to trial.

4.     The defense urges that due to the nature of the nature of the prosecution, including the voluminous discovery stemming therefrom, this Court should find "that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by" the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(B)(ii).

5.     Undersigned counsel conferred with AUSA Ryan Rezaei regarding the intention of the defense to file this motion, and it is unopposed.

WHEREFORE, and pursuant to the provisions of Title 18, United States Code, Section 3161(h)(8)(B)(ii), the Defendant hereby respectfully moves that this case be declared complex for the purposes of the Speedy Trial Act.

RESPECTFULLY SUBMITTED:

  s/ Michael A. Fiser
MICHAEL A. FISER
The Fiser Law Firm, LLC
1055 Laurel Street
Baton Rouge, LA 70802
Phone: (225)343-5059
Fax: (225)778-7383
Email: michael@fiserlaw.com
Bar Roll No: 28575

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 19, 2017, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to AUSA Ryan Rezaei by operation of the Court's electronic filing system.

  s/ Michael A. Fiser
_____

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA       :
      :     NO: 16-CR-130-JJB-EWD
*Versus*       :
      :
      :
JORDAN HAMLETT       :

## ORDER

Considering the above and foregoing *Unopposed Motion to Declare Case Complex,* the apparent due diligence exercised by the parties and the time necessary for effective preparation by defense counsel, this Court finds this case is complex for purposes of the Speedy Trial Act. The charge involves complex and voluminous discovery.  Thus, due to the nature of the prosecution, including the voluminous discovery stemming therefrom, the Court finds "that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by" the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(B)(ii).

IT IS ORDERED THAT the Defendant's *Unopposed Motion to Declare Case Complex* is GRANTED.

Baton Rouge, Louisiana, this _____ day of _____, 2017.

_____
JUDGE, UNITED STATES DISTRICT COURT