UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA : 
: NO: 16-CR-130-JJB-EWD
Versus : 
: 
: 
JORDAN HAMLETT : 

## ORDER

Considering the above and foregoing *Unopposed Motion to Declare Case Complex,* the apparent due diligence exercised by the parties and the time necessary for effective preparation by defense counsel, this Court finds this case is complex for purposes of the Speedy Trial Act. The charge involves complex and voluminous discovery.   Thus, due to the nature of the prosecution, including the voluminous discovery stemming therefrom, the Court finds "that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by" the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(B)(ii).

IT IS ORDERED THAT the Defendant's *Unopposed Motion to Declare Case Complex* is GRANTED.

Baton Rouge, Louisiana, this 19th day of July, 2017.

_____

JUDGE, UNITED STATES DISTRICT COURT