United States District Court
Louisiana Middle District
Exhibits Log: 16CR00130-JJB-EWD
USA v. Jordan Hamlett, 8/9/2017

| EXHIBIT | DESCRIPTION |
| --- | --- |
| Gov-1 | Notice of Violation |
| Gov-2 | Order Setting Conditions of Release |
| Gov-3 | Location Monitoring Program Participant Agreement |
| Gov-4 | Computer Monitoring Agreement |
| Gov-5 | FBI 302 - Cali Ann Mitchell_Redacted |
| Gov-6 | Pretrial Services Chrono Report |