UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY
NOVEMBER 2, 2017
BRADY, J.

UNITED STATES OF AMERICA

VERSUS

JORDAN HAMLETT

CRIMINAL

NO. 16-130-JJB-EWD

This matter came on this day for a hearing on the Motion in Limine (R. Doc. 48).

PRESENT: Ryan Arash Rezaei., Esq.
Counsel for United States

Michael Adams Fiser, Esq.
Counsel for Defendant

The parties present argument.

For oral reasons given, the court GRANTS the Motion in part (R. Doc. 48).

The defendant is released on the bond previously set by the Magistrate Judge.

\* \* \* \* \*

S. Thompson/Reporter