# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 16-130-JJB-EWD |
| | : | |
| JORDAN HAMLETT | : | |

## MOTION TO ENROLL CO-COUNSEL

The United States of America hereby moves this Court to enroll Alan A. Stevens, Assistant United States Attorney, as co-counsel with Ryan Rezaei, Assistant United States Attorney, in this criminal action.

WHEREFORE, the United States prays for the entry of an order enrolling Alan A. Stevens, as co-counsel for the United States in this action.

    UNITED STATES OF AMERICA, by

    COREY R. AMUNDSON
    ACTING UNITED STATES ATTORNEY


    /s/ Ryan Rezaei
    Ryan Rezaei, CABN 285133
    Assistant United States Attorney
    777 Florida Street, Suite 208
    Baton Rouge, Louisiana 70801
    Telephone: (225) 389-0443
    Fax: (225) 389-0561


    /s/ Alan A. Stevens
    Alan A. Stevens
    Assistant United States Attorney
    777 Florida Street, Suite 208
    Baton Rouge, Louisiana 70801
    Telephone: (225) 389-0443
    Fax: (225) 389-0561
    E-mail: alan.stevens@usdoj.gov

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 16-130-JJB-EWD |
| | : | |
| JORDAN HAMLETT | : | |

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing *Motion to Enroll Co-Counsel* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the court's electronic filing system.

Baton Rouge, Louisiana this 20th day of November, 2017.

/s/ Ryan Rezaei
Ryan Rezaei
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 16-130-JJB-EWD |
| | : | |
| JORDAN HAMLETT | : | |

## ORDER

The United States of America's *Motion to Enroll Co-Counsel* considered, and for good cause shown,

IT IS ORDERED that Alan A. Stevens, Assistant United States Attorney, is hereby enrolled as co-counsel with Ryan Rezaei, Assistant United States Attorney, for the United States of America.

Baton Rouge, Louisiana this _____ day of November, 2017.

 

 

THE HONORABLE JAMES J. BRADY
SENIOR UNITED STATES DISTRICT JUDGE