# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| *versus* | : | CRIMINAL NO. 16-130-JJB-EWD |
| | : | |
| JORDAN HAMLETT | : | |

## UNITED STATES' REQUESTED JURY INSTRUCTIONS

**NOW INTO COURT** come the United States of America, by Corey R. Amundson, Acting United States Attorney for the Middle District of Louisiana, through Ryan Rezaei and Alan Stevens, Assistant United States Attorneys, who respectfully move this Court to give the jury instructions that follow.

The United States further requests leave of Court to request such other jury instructions as may become appropriate prior to and during the trial.

Respectfully submitted, this 20th day of November, 2017, at Baton Rouge, Louisiana.

UNITED STATES OF AMERICA, by

COREY R. AMUNDSON
ACTING UNITED STATES ATTORNEY

/s/ Ryan Rezaei
Ryan Rezaei, CABN 285133
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: ryan.rezaei@usdoj.gov

**SUGGESTED PATTERN FIFTH CIRCUIT JURY INSTRUCTIONS (2015)**

**1.01**   PRELIMINARY INSTRUCTIONS

**1.03**   INTRODUCTION TO FINAL INSTRUCTIONS

**1.04**   DUTY TO FOLLOW INSTRUCTIONS

**1.05**   PRESUMPTION OF INNOCENCE, BURDEN OF PROOF, REASONABLE DOUBT

**1.06**   EVIDENCE - EXCLUDING WHAT IS NOT EVIDENCE

**1.07**   EVIDENCES - INFERENCES - DIRECT AND CIRCUMSTANTIAL - ALTERNATIVE A

**1.08**   CREDIBILITY OF WITNESSES

**1.10**   IMPEACHMENT BY PRIOR INCONSISTENCIES

**1.18**   ON OR ABOUT

**1.19**   CAUTION - CONSIDER ONLY CRIME CHARGED

**1.20**   CAUTION - PUNISHMENT

**1.24**   DUTY TO DELIBERATE

**1.26**   CONFESSION-STATEMENT-VOLUNTARINESS (SINGLE DEFENDANT)

**1.37**   DELIBERATE IGNORANCE

**1.44**   SUMMARIES AND CHARTS RECEIVED IN EVIDENCE

# UNITED STATES' REQUESTED JURY INSTRUCTION NO. 1

## FALSE REPRESENTATION OF A SOCIAL SECURITY NUMBER

Title 42, United States Code, Section 408(a)(7)(B), makes it a crime for anyone with intent to deceive to misuse or falsely use a social security number.

For you to find the defendant guilty of this crime, you must be convinced that the government has proved each of the following beyond a reasonable doubt:

*First*: That the defendant, for any purpose;

*Second*: With intent to deceive;

*Third*: Represented a particular social security account number to be his or another person's;

*Fourth*: Which representation was false.[1]

"Intent to deceive" means to act for the purpose of misleading someone. It is not necessary for the government to prove, however, that anyone was in fact misled or deceived.[2]

---

[1] The language cited above is taken from *United States v. Lopez-Hernandez*, 570 Fed. Appx. 372, 374 (5th Cir. 2014), an unpublished Fifth Circuit decision, which breaks the elements of the offense down to four separately-enumerated provisions. The Fifth Circuit does not appear to have adopted a pattern jury instruction for the offense. Alternatively, the United States Court of Appeals for the Seventh Circuit has adopted a pattern instruction, which breaks the elements into the following three provisions: (1) that the defendant represented for any purpose a particular social security account number to be his [or another person's]; (2) the representation was false; and (3) the defendant acted with intent to deceive. *See* Fed. Crim. Jury Instr. 7th Cir. 408(a)(7)(B) (2012 ed.); 42 U.S.C. § 408(a)(7)(B).

[2] Fed. Crim. Jury Instr. 7th Cir. 408(a)(7)(A) and (B) (2012 ed.); *United States v. Sirbel*, 427 F.3d 1155, 1159 (8th Cir. 2005).

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 16-130-JJB-EWD |
| | : | |
| JORDAN HAMLETT | : | |

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the United States' Proposed Jury Instructions was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system.

    Baton Rouge, Louisiana, on this 20th day of November, 2017.

                                /s/ Ryan Rezaei
                                RYAN REZAEI
                                ASSISTANT UNITED STATES ATTORNEY