UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | NO: 16-CR-130-JWD-EWD |
| *Versus* : | |
| : | |
| : | |
| JORDAN HAMLETT : | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

NOW INTO COURT, comes undersigned counsel for defendant, Jordan Hamlett, who requests a continuance of defendant's April 18, 2018, sentencing date shows:

I.

The wife of undersigned counsel requires an urgent medical procedure that has been scheduled for April 18, 2018. The scheduling of this procedure was unforseen, and counsel needs to be with his family for this procedure.

II.

Undersigned counsel has discussed the filing of this request for a continuance with Ryan Rezaei, the Assistant U.S. Attorney prosecuting Hamlett's case, and he does not oppose a continuance of sentencing.

III.

Defendant is not incarcerated.

IV.

This is Jordan Hamlett's first request for a continuance of sentencing.

WHEREFORE, it is respectfully requested that the sentencing date in the above cause presently scheduled for April 18, 2018, be continued.

                                       RESPECTFULLY SUBMITTED:

                                         s/ Michael A. Fiser
                                       MICHAEL A. FISER
                                       The Fiser Law Firm, LLC
                                       1055 Laurel Street
                                       Baton Rouge, LA 70802
                                       Phone: (225)343-5059
                                       Fax: (225)778-7383
                                       Email: michael@fiserlaw.com
                                       Bar Roll No: 28575

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 16, 2018, a copy of the foregoing *Unopposed Motion to Continue Sentencing* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to AUSA Ryan Rezaei by operation of the Court's electronic filing system.

                      s/ Michael A. Fiser

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | NO: 16-CR-130-JWD-EWD |
| *Versus* | : | |
| | : | |
| | : | |
| JORDAN HAMLETT | : | |

# **O**RDER

Considering the above and foregoing *Unopposed Motion to Continue Sentencing* and the absence of objection by the Assistant United States Attorney,

IT IS ORDERED THAT the sentencing currently set for April 18, be continued until the ___ day of _____, 20___, at ___ o'clock ___.M.

Baton Rouge, Louisiana, this ____ day of _____, 2018.

_____
JUDGE, UNITED STATES DISTRICT COURT