# UNITED STATES DISTRICT COURT
# for the
# Middle District of Louisiana

### REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: | Jordan Hamlett |
| Name of Sentencing Judicial Officer: | Honorable John W. deGravelles<br>U.S. District Judge |
| Date of Original Sentence: | April 25, 2018 |
| Original Offense: | False Representation of a Social Security Number, 42 U.S.C. § 408(a)(7)(B) |
| Original Sentence: | 18 months imprisonment,<br>Two years supervision to follow |
| Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Alan A. Stevens |
| Case Number: | 16-130-JWD-EWD |
| Date Supervision Commenced: | September 9, 2019 |
| Defense Attorney: | Michael Adams Fiser |

### PETITIONING THE COURT

[ ]   To extend the term of supervision for ____ years, for a total term of _____ years.

[X]   To modify the conditions of supervision as follows:

*The restitution shall be due immediately, but nonpayment is not a violation of supervised release so long as the defendant makes the required monthly payments during supervision. Payment of restitution amount in equal payments of at least $100.00 per month shall begin immediately.*

### CAUSE

On September 9, 2019, Jordan Hamlett was released from the custody of the U.S. Bureau of Prisons. Based on a complete review of his financial documents by the U.S. Probation Office and his current circumstances, it has been determined he can pay at least $100.00 per month toward his restitution.

**REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER**
Hamlett, Jordan 16-130-JWD-EWD
April 13, 2020
Page 2

Executed on April 13, 2020

Respectfully submitted,
by

Reviewed:

_____
Erica Hives Johnson
Supervisory U.S. Probation Officer

_____
Christopher Martinez
U.S. Probation Officer

**THE COURT ORDERS**

[ ]    No Action

[ ]    The extension of supervision as noted above.

[X]    The modification of conditions as noted above.

[ ]    Other

_____          4/13/2020
Honorable John W. deGravelles          _____
U.S. District Judge                                    Date